[No. 7603–9–II.   Division Three.   June 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR
P. FAWCETT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–1–00382–1, Leonard W. Kruse, J., entered February 6, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 7956–9–II.   Division Three.   June 17, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. PAUL
MICHAEL BRIDGEWATER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00604–0, Floyd V. Hicks, J., entered July 10, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 8110–5–II.   Division Three.   June 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY
EDWARD BERCIER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00311–3, J. Kelley Arnold, J., entered July 30, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 7568–7–II.   Division Three.   June 17, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
NORMAN OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–1–00083–0, Terence Hanley, J., entered January 17, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.